FOSTER SAYRES *ads.* JOB RIDGWAY.

ON CERTIORARI.

If the teste of a writ of Certiorari be defective, it will be quashed.

---

*Aikin* moved to quash this certiorari for a defect in the teste of the writ. It was tested as follows: "Witness CHARLES EWING, Esq., Chief Justice, at Trenton, *the Tuesday* of," &c., without designating which Tuesday; and he cited in support of his motion, *Penn. Rep.* 632, 633; 1 *Halst. Rep.* 167; 2 *John. Rep.* 190; *Tidd's Prac.* 91; 2 *Bur. Rep.* 954; *Barnes' notes* 407–8–9, 420.

BY THE COURT—No application for amendment having been made, let the writ be quashed.